UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDULLAH SPENCER NIMHAM-EL-DEY,

            Plaintiff,

-against-

HEALTH AND HOSPITALS; PA PATRICK;
DR RAMOS; FAMILY HEALTH
INSTITUTE; BETH ISRAEL HOSPITAL,

            Defendants.

21-CV-8238 (LTS)

CIVIL JUDGMENT

---

Pursuant to the order issued January 18, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims under 42 U.S.C. § 1983 are dismissed as time-barred. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's claims under state law are dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 18, 2022
            New York, New York

                                             /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge